

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christy Winstead,

Vs. No. 11-13-00053-CR

The State of Texas,

\* From the County Criminal Court
  No. 2 of Denton County,
  Trial Court No. CR-2012-00105-B.

\* September 11, 2014

\* Memorandum Opinion by Willson, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.